DISCIPLINARY COUNSEL *v.* ROMER.

[Cite as *Disciplinary Counsel v. Romer*, 2026-Ohio-1117.]

(No. 2023-0469—Submitted September 15, 2025—Decided March 31, 2026.)

ON PETITION FOR REINSTATEMENT.

_____

{¶ 1} This cause came on for further consideration upon the filing on September 15, 2025, of a petition for reinstatement by respondent, Shawn Alexander Romer, Attorney Registration No. 0084251. In accordance with Gov.Bar R. V(25)(E), respondent's petition for reinstatement was referred to the Board of Professional Conduct. The board filed its final report in this court on February 6, 2026, recommending that respondent be reinstated to the practice of law in Ohio on condition. No objections to said final report were filed, and this cause was considered by the court.

{¶ 2} Upon consideration thereof, it is ordered by this court that the petition for reinstatement of respondent is granted and that respondent, Shawn Alexander Romer, last known business address in Cleveland, Ohio, is reinstated to the practice of law in Ohio subject to the requirement that he continue to follow the treatment and counseling recommendations of his substance abuse disorder treatment providers.

{¶ 3} It is further ordered by the court that respondent be taxed the costs of these proceedings in the amount of $1,225, less the deposit of $500, for a total balance due of $725 payable, by cashier's check or money order, by respondent on or before 90 days from the date of this order. If costs are not paid on or before 90 days from the date of this order, interest at the rate of ten percent per annum will accrue until costs are paid in full. It is further ordered that if costs are not paid in full on or before 90 days from the date of this order, the matter may be referred to

the Attorney General for collection and respondent may be found in contempt and suspended until all costs and accrued interest are paid in full. It is further ordered that respondent is liable for all collections costs pursuant to R.C. 131.02 if the debt is certified to the Attorney General for collection.

{¶ 4} It is further ordered that the clerk of this court issue certified copies of this order as provided for in Gov.Bar R. V(17)(E)(1) and that publication be made as provided for in Gov.Bar R. V(17)(E)(2).

{¶ 5} For previous case, see *Disciplinary Counsel v. Romer*, 2023-Ohio-3099.

KENNEDY, C.J., and FISCHER, DEWINE, DETERS, HAWKINS, and SHANAHAN, JJ., concur.

BRUNNER, J., not participating.

————————————